ROMAN OTKUPMAN, CA Bar No. 249423
Roman@olfla.com
MEGHAN MAERTZ, CA Bar No. 276976
Meghan@olfla.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
28632 Roadside Drive, Suite 203
Agoura Hills, CA 91301
Telephone:  818. 293.5623
Facsimile:  818.850.1310

Attorneys for Plaintiff TaRhonda Thornabar

Mark W. Peters (SBN 018422)
mark.peters@wallerlaw.com
Heath H. Edwards (SBN 034076)
heath.edwards@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone:  615-850-8729
Facsimile: 615-850-6804

Mark S. Spring, State Bar No. 155114
mspring@cdflaborlaw.com
Teresa W. Ghali, State Bar No. 252961
tghali@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
600 Montgomery Street, Suite 440
San Francisco, CA 94111
Telephone:  (415) 981-3233
Facsimile:  (415) 981-3246

Attorneys for Defendant SJBH, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARHONDA THORNABAR,<br><br>                    Plaintiff,<br><br>          v.<br><br>SJBH, LLC and DOES 1 THROUGH 100, inclusive,<br><br>                    Defendants. | Case No. 5:18-cv-06443-NC<br><br>**THE PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>     Trial Date:   December 9, 2019<br>     Time: 9:00 a.m.<br>     Room: 5, 4th Floor<br>     Judge:  Honorable Nathanael M. Cousins |

Plaintiff TARHONDA THORNABAR and Defendant SJBH, LLC (collectively, the "Parties"), by and through their counsel of record, hereby stipulate to the dismissal of the above-styled action and all claims asserted therein with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties will each bear their respective fees and costs in this action.

1

Dated:   March 27, 2019                    WALLER LANSDEN DORTCH & DAVIS, LLP


By: *s/ Heath Edwards*
    Mark W. Peters
    Heath H. Edwards

    *Attorneys for Defendant SJBH, LLC*

Dated:   March 27, 2019                    CAROTHERS DISANTE & FREUDENBERGER
                                           LLP


By: *s/ Teresa Ghali (with permission)*
    Mark S. Spring
    Teresa W. Ghali

    *Attorneys for Defendant SJBH, LLC*

Dated:   March 27, 2019                    OTKUPMAN LAW FIRM, A LAW FIRM
                                           CORPORATION


By: *s/ Roman Otkupman (with permission)*
    Roman Otkupman
    Meghan Maertz

    Attorneys for Plaintiff TaRhonda Thornabar

## <u>ORDER</u>

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation"). Pursuant to the Joint Stipulation, it is ORDERED that this case and all claims asserted therein are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: March 27, 2019

_____
THE HONORABLE NATHANAEL M. COUSINS



4834-1428-8779.1

## PROOF OF SERVICE

I am a citizen of the United States and am employed in Davidson County, Tennessee. I am over the age of eighteen years and not a party to the above-captioned matter. My business is 511 Union Street, Suite 2700, Nashville, Tennessee 37219.

On March 27, 2019, I served the foregoing document described as THE PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED ORDER], a four (4) page document including cover page and proof of service page, on the following:

Roman Otkupman
Meghan S. Maertz
Otkupman Law Firm, A Law Corporation
28632 Roadside Drive, Suite 203
Agoura Hills, CA 91301
Roman@olfla.com
Meghan@olfla.com

VIA CM/ECF NOTICE OF ELECTRONIC FILING — I am readily familiar with the firm's practice regarding filing pleadings and other documents by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America and the State California that the foregoing is true and correct. Executed on March 27, 2019, at Davidson County, Tennessee.

*s/ Laura Stokes*
Laura Stokes

4834-1428-8779.1